IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LEKEY DAVIS,**  *Movant,*  v.  **UNITED STATES OF AMERICA,**  *Respondent.* | **CRIMINAL ACTION NO.** [1]  **5:21-cr-00003-TES-CHW-9** |

**ORDER ADOPTING THE UNITED STATES
MAGISTRATE JUDGE'S RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 462] to grant Movant Lekey Davis's Motion to Vacate [Doc. 426] in part. No party has filed an objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's Recommendation. [Doc. 462, p. 3]. Thus, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1).

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Recommendation [Doc. 462] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Movant's Motion to Vacate [Doc. 426] **IN PART**.

---

[1] Civil Action Number 5:22-cv-00344-TES-CHW.

Specifically, the Court **VACATES** its prior Judgment [Doc. 351] based on Movant's ineffective assistance of counsel claim. Movant will be resentenced and advised of his right to appeal, which will then begin the 14-day window for any appeal. The remainder of Movant's Motion is **DISMISSED without prejudice**. The Court **APPOINTS** Margaret Strickler to represent Movant for his re-sentencing and any following appeal.

    **SO ORDERED**, this 1st day of June, 2023.

                                          S/ Tilman E. Self, III
                                          **TILMAN E. SELF, III, JUDGE**
                                          **UNITED STATES DISTRICT COURT**