IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEKEY DAVIS<br><br>*Defendant.* | CIVIL ACTION NO.<br>5:21-cr-00003-TES-CHW-9 |

ORDER TO PRODUCE PRISONER

The re-sentencing of Defendant Lekey Davis is scheduled for *February 19, 2025,* at *11:00 AM.* at the William A. Bootle Federal Building & U.S. Courthouse, 475 Mulberry Street, Macon, Georgia, 31201. If Defendant Davis is in federal custody, the United States Marshal is **ORDERED** to secure his presence at the hearing.

**SO ORDERED**, this 12th day of February, 2025.

TILMAN E. SELF, III
UNITED STATES DISTRICT COURT